[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 229.]

COLE, ADMR., ET AL., APPELLANTS, *v*. PINE RIDGE APARTMENTS COMPANY II ET AL., APPELLEES.

[Cite as *Cole v. Pine Ridge Apts. Co. II*, 1999-Ohio-36.]

*Discretionary appeal allowed–Court of appeals' judgment reversed on authority of Denham v. New Carlisle.*

(Nos. 99-1244 and 99-1597–Submitted September 21, 1999–Decided November 24, 1999.)

APPEAL from and CERTIFIED by the Court of Appeals for Lake County, No. 99-L-028.

————————————

*McDonald, Hopkins, Burke & Haber Co., L.P.A.*, and *Jerome W. Cook*, for appellants.

————————————

{¶ 1} The discretionary appeal is allowed, and the certified conflict is accepted.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Denham v. New Carlisle* (1999), 86 Ohio St.3d 594, 716 N.E.2d 184.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————